**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CLARENDON HOLDINGS, LLC,  )<br>    Plaintiff, )<br>          )<br>v.          )<br>          )<br>GATEWAY BANK AND TRUST )<br>COMPANY,       )<br>    Defendant. ) | **JUDGMENT**<br><br>No. 7:12-CV-22-H |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of defendant's motion to stay.

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's motion to stay is DENIED and this case is closed.

This Judgment Filed and Entered on February 16, 2012, with service on:

George Mason Oliver   (via CM/ECF Notice of Electronic Filing)

David Warrant   (via CM/ECF Notice of Electronic Filing)

Stephanie J. Edmondson, Clerk, US Bankruptcy Court (via email)

| | |
|---|---|
| February 16, 2012 | DENNIS P. IAVARONE, CLERK<br>/s/ Lisa W. Lee<br>(By): Lisa W. Lee, Deputy Clerk |