# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| CLARENDON HOLDINGS, LLC, )<br>            Plaintiff, )<br>                           )<br>v.                                 )<br>                           )<br>GATEWAY BANK AND TRUST )<br>COMPANY,                )<br>           Defendant. ) | **JUDGMENT**<br><br>No. 7:12-CV-22-H |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of defendant's motion to stay.

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's motion to stay is DENIED and this case is closed.

This Judgment Filed and Entered on February 16, 2012, with service on:

George Mason Oliver   (via CM/ECF Notice of Electronic Filing)

David Warrant   (via CM/ECF Notice of Electronic Filing)

Stephanie J. Edmondson, Clerk, US Bankruptcy Court (via email)


February 16, 2012                                 DENNIS P. IAVARONE, CLERK

                                                            /s/ Lisa W. Lee

                                                            (By): Lisa W. Lee, Deputy Clerk